DATE:  September 2, 2025

The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1.  *Shelly Hamm, s/k/a Shelly Ann Hamm*
    v. *Commonwealth of Virginia*
    Record No. 1183-24-3
    Opinion rendered by Chief Judge Decker on
    July 1, 2025

2.  *James Kelvin Johnson*
    v. *Commonwealth of Virginia*
    Record No. 0425-24-4
    Opinion rendered by Judge Raphael on
    July 8, 2025

3.  *Monica Drasovean*
    v. *Steven Walts, et al.*
    Record No. 0259-23-4
    En banc opinion rendered by Judge Callins on
    July 15, 2025